UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN WOOD, individually and on behalf of all others similarly situated,

Plaintiff,

v.

OMAHA STEAKS INTERNATIONAL, LLC; and OMAHASTEAKS.COM, LLC,

Defendants.

C26-1317 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 17, is GRANTED, and Barb Rhoads-Weaver, the firm of Focal PLLC, Lisa Messner, and the firm of Mac Murray & Shuster LLP are GRANTED leave to withdraw as counsel of record for defendants Omaha Steaks International, LLC and OmahaSteaks.com, LLC, effective immediately. Substitute counsel for defendants, Patrick J. Fitzgerald and the firm of Watstein Terepka LLP shall file an appropriate notice of appearance within seven (7) days of the date of this Minute Order. This case remains stayed. *See* Minute Order (docket no. 15).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of October, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk